# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 09-1355

———————

Albert B. Brown, Jr.,       *
      *
     Appellant,       *
      *    Appeal from the United States
   v.       *    District Court for the Eastern
      *    District of Missouri.
Michael J. Astrue,       *
Commissioner of Social Security,       *    [UNPUBLISHED]
      *
     Appellee.       *

———————

Submitted: December 15, 2009
Filed: December 16, 2009

———————

Before BYE, BOWMAN, and BENTON, Circuit Judges.

———————

PER CURIAM.

Albert B. Brown, Jr., appeals the district court's[1] order affirming the denial of disability insurance benefits. Having carefully reviewed the record and considered Brown's arguments for reversal, see Tilley v. Astrue, 580 F.3d 675, 679 (8th Cir.

_____

[1]The Honorable Charles A. Shaw, United States District Court Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable Frederick R. Buckles, United States Magistrate Judge for the Eastern District of Missouri.

2009) (standard of review), we affirm, <u>see</u> 8th Cir. R. 47B.  We also deny his pending motions.

_____